UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENDA R. KIRBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:13-CV-850-FL |
| NORTH CAROLINA STATE ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(B)(1), 12(B)(2), and 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 10, 2015, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 11, 2015, and Copies To:**

Alexander McClure Peters (via CM/ECF Notice of Electronic Filing)
Kenda R. Kirby (via U.S. Mail) 7493 County Road 73, Coyle, OK 73027


March 11, 2015          JULIE RICHARDS JOHNSTON, CLERK
                                        /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk